UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case No. 21-CR-200

ALEJANDRO HERNANDEZ MELCHOR,
a.k.a, "EL CHINO," "CHINO,"

    Defendant.

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

In or about April of 2016, in the State and Eastern District of Wisconsin, and elsewhere,

**ALEJANDRO HERNANDEZ MELCHOR, aka "EL CHINO," "CHINO,"**

had knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, fraud in foreign labor contracting. The defendant did conceal the same and he did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

Dated: 8/30/2022

RICHARD G. FROHLING
United States Attorney